IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

FILED
ST. CLAIR COUNTY
NOV 08 2017
CIRCUIT CLERK

MARGURITTE LAPEAN, )
)
Plaintiff, )
)
vs. ) Cause No.: 17L 660
)
BELLEVILLE HEALTHCARE & )
REHABILITATION CENTER, INC. )
d/b/a BRIA HEALTH SERVICES OF )
BELLEVILLE, )
) **Plaintiff Demands Trial by Jury**
Defendant. )

### COMPLAINT

### COUNT I - ADEA (Age)

NOW COMES Plaintiff, Marguritte LaPean (hereinafter referred to as "LaPean"), and for Count I of her Complaint against Defendant, Belleville Healthcare & Rehabilitation Center, Inc. d/b/a Bria Health Services of Belleville, (hereinafter referred to as "Bria Health Services"), and states:

1. LaPean was employed by Bria Health Services located in the city of Belleville, St. Clair County, Illinois.

2. At all relevant times, LaPean was qualified for her position and was able to perform essential functions of her job.

3. Bria Health Services, at all relevant times, had more than 20 employees.

4. LaPean was terminated by Bria Health Services.

5. LaPean was 64 years of age at the time of her termination.

**EXHIBIT A**

6. LaPean was subjected to a hostile work environment and harassment, and was subjected to discrimination while working for Bria Health Services because of her age, in violation of the Age Discrimination in Employment Act (ADEA) 29 U.S.C. § 621, *et seq.*

7. LaPean was terminated as a result of her age, which violates the Age Discrimination in Employment Act of 1967 (ADEA) 29 U.S.C Sec 621, *et seq.*

8. Prior to her termination, LaPean was performing her job according to her employer's legitimate expectations.

9. LaPean was replaced by a younger woman under the age of 40.

10. LaPean filed a Charge of Discrimination with the EEOC and Illinois Department of Human Rights. A copy of the Charge is attached and incorporated as Exhibit "A".

11. LaPean received a Notice of Right-to-Sue from the EEOC. A copy of the Notice is attached and incorporated herein as Exhibit "B".

12. LaPean filed this action within ninety (90) days of the receipt of the Notice of the Right-to-Sue letter.

13. As a result of the hostile work environment, harassment, discrimination and wrongful termination by Bria Health Services, LaPean suffered and in the future will continue to suffer emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

14. As a result of the hostile work environment, harassment, discrimination and wrongful termination by Bria Health Services, LaPean was caused to lose wages and fringe benefits and she is entitled to recover for this loss.

15. As a result of the hostile work environment, harassment, discrimination and wrongful termination by Bria Health Services, LaPean will lose future earnings and future fringe benefits and she is entitled to recover for this loss.

16. In addition, LaPean is entitled to reasonable attorney fees and all other affirmative relief as this court deems appropriate.

17. In addition, LaPean is further entitled to pre-judgment interest to compensate her for the loss of wages during the period preceding any final judgment. LaPean is further entitled to post-judgment interest from the date of judgment to the date that any judgment is paid by Bria Health Services.

18. In addition, Bria Health Services, through its managers, had knowledge that it may have been acting in violation of federal law and/or Bria Health Services approved or ratified the acts of hostile work environment, harassment, discrimination and/or wrongful termination and thus, Bria Health Services knew or showed reckless disregard on whether its conduct was prohibited by the ADEA and LaPean is entitled to liquidated damages.

WHEREFORE, Plaintiff, Marguritte LaPean, requests that judgment be entered in her favor and against Belleville Healthcare & Rehabilitation Center, Inc. d/b/a Bria Health Services of Belleville in an amount in excess of $50,000.00 and award costs of suit.

**Plaintiff Demands Trial by Jury**

### COUNT II – ADEA (Retaliation-Age)

NOW COMES Plaintiff, Marguritte LaPean (hereinafter referred to "LaPean"), and for Count II of her Complaint against Defendant, Belleville Healthcare & Rehabilitation Center, Inc. d/b/a Bria Health Services of Belleville (hereinafter referred to as "Bria Health Services"), states:

1-6. For paragraphs one (1) through six (6) of Count II, Plaintiff incorporates and realleges paragraphs one (1) through six (6) of Count I as though fully alleged herein.

7. LaPean reported the hostile work environment, harassment, and discrimination due to her age to her supervisors at Bria Health Services.

8. LaPean was subjected to discrimination, harassment, hostile work environment and adverse employment actions and was terminated by Bria Health Services in retaliation for reporting the discrimination, harassment, hostile work environment, and adverse employment actions due to her age.

9. LaPean's discrimination, harassment, hostile work environment, and adverse employer actions and subsequent termination were caused as a result of her engaging in the aforementioned statutorily protected activity of reporting age discrimination against Bria Health Services, in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 623(a).

10. Prior to her termination, LaPean was performing her job according to her employer's legitimate expectations.

11. LaPean was replaced by a younger woman under the age of 40.

12. LaPean filed a Charge of Discrimination with the Illinois Department of Human Rights and EEOC. A copy of the Charge is attached and incorporated as Exhibit "A".

13. LaPean received a Notice of Right-to-Sue from the EEOC. A copy of the Notice is attached and incorporated herein as Exhibit "B".

14. LaPean filed this action within ninety (90) days of the receipt of the Notice of the Right-to-Sue letter.

15. As a result of the hostile work environment, discrimination, harassment, adverse employment actions and/or wrongful termination by Bria Health Services, LaPean suffered and

in the future will continue to suffer emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

16. As a result of the hostile work environment, discrimination, harassment, adverse employment actions and/or wrongful termination by Bria Health Services, LaPean was caused to lose wages and fringe benefits and she is entitled to recover for this loss.

17. As a result of the hostile work environment, discrimination, harassment, adverse employment actions and/or wrongful termination by Bria Health Services, LaPean will lose future earnings and future fringe benefits and she is entitled to recover for this loss.

18. In addition, LaPean is entitled to reasonable attorney fees and all other affirmative relief as this court deems appropriate.

19. In addition, LaPean is further entitled to pre-judgment interest to compensate her for the loss of wages during the period preceding any final judgment. LaPean is further entitled to post-judgment interest from the date of judgment to the date that any judgment is paid by Bria Health Services.

20. In addition, Bria Health Services, through its managers, had knowledge that it may have been acting in violation of federal law and/or Bria Health Services approved or ratified the acts of retaliatory termination due to reporting hostile work environment, discrimination and wrongful termination because of age and thus, Bria Health Services knew or showed reckless disregard on whether its conduct was prohibited by the ADEA and LaPean is entitled to liquidated damages.

WHEREFORE, Plaintiff, Marguritte LaPean, requests that judgment be entered in her favor and against Belleville Healthcare & Rehabilitation Center, Inc. d/b/a Bria Health Services of Belleville in an amount in excess of $50,000.00 and award costs of suit.

**Plaintiff Demands Trial by Jury**

**COUNT III – Retaliation for Reports of Illegal Activities**

NOW COMES Plaintiff, Marguritte LaPean, (hereafter referred to as "LaPean") by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count III of her Complaint against Defendant, Belleville Healthcare & Rehabilitation Center, Inc. d/b/a Bria Health Services of Belleville (hereinafter referred to as "Bria Health Services"), states:

1. Bria Health Services is registered to do business within the State of Illinois.

2. LaPean was an employee for Bria Health Services in St. Clair County, Illinois.

3. While employed by Bria Health Services, LaPean reported unlawful activities of neglect of residents to Bria Health Services to her supervisors.

4. On December 10, 2015, LaPean was discharged from her employment with Bria Health Services.

5. LaPean's discharge was casually related to her reports of unlawful conduct at Bria Health Services.

6. At all relevant times, there existed a clear mandate of Illinois Public Policy prohibiting discharge from employment for reporting an employer's violations of law.

7. LaPean's discharge from her employment with Bria Health Services is causally related to LaPean's reports of Bria Health Services' unlawful conduct.

8. As a result of the retaliatory discharge, LaPean should be awarded past lost wages and fringe benefits and future loss of earnings and fringe benefits.

9. As a result of the retaliatory discharge, LaPean should be awarded damages for past and future pain and suffering and other incidental and consequential damages and damages for severe emotional distress.

10. As a result of the retaliatory discharge, LaPean is entitled to an award of punitive damages.

WHEREFORE, Plaintiff, Marguritte LaPean, prays that this Court enter Judgment in her favor and against Belleville Healthcare & Rehabilitation Center, Inc. d/b/a Bria Health Services of Belleville in her Complaint in an amount in excess of $50,000.00 and award all other costs as justice requires.

**Plaintiff Demands Trial by Jury**

Respectfully Submitted;

BRUNTON LAW OFFICES, P.C.

_____
Michael J. Brunton, #6206663
Mary M. Stewart, #6200773
819 Vandalia (Hwy 159)
Collinsville, IL 62234
(618) 343-0750 Phone
(618) 343-0227 Fax

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|
| ___ FEPA | |
| X  EEOC | 560-2016-01568 |

__ILLINOIS DEPARTMENT OF HUMAN RIGHTS__ and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Marguritte M. LaPean | 618-520-9367 | 1/28/1952 |

| Street Address | City, State and ZIP Code |
|---|---|
| 215 South High Street | Belleville, IL 62220 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Belleville Healthcare & Rehabilitation Center, Inc. d/b/a BRIA Health Services of Belleville | 20+ | 618-235-6600 |

| Street Address | City, State and ZIP Code |
|---|---|
| 150 North 27th Street | Belleville, IL 62220 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

__ RACE  __ COLOR  __ SEX  __ RELIGION  __ NATIONAL ORIGIN

X  RETALIATION  X  AGE  __ DISABILITY  __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest             Latest
                     12/10/15

X  CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attached extra sheet(s))*:

### SEE ATTACHED PAGE WITH PARTICULARS.

RECEIVED EEOC ST LOUIS DISTRICT 2016 JUN -7 PH 4:18

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements
6-7-16
*[signature: Melissa Caliendo]*

OFFICIAL SEAL
MELISSA N CALIENDO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/10/19

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLANANT

*[signature: Marguritte LaPean]*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

6-7-16    *[signature: Marguritte LaPean]*
Date       Charging Party Signature

PLAINTIFF'S EXHIBIT A

### Age discrimination & Retaliation:

Marguritte LaPean's age is 64 years.

Marguritte LaPean was treated differently than similarly situated younger employees because of her age.

Marguritte LaPean was able to perform all essential functions of her job.

Marguritte LaPean was subjected to a hostile work environment, harassment, and was subjected to discrimination while working for Belleville Healthcare & Rehabilitation Center, Inc. because of her age.

Marguritte LaPean reported the hostile work environment, harassment and discrimination because of her age to her superiors.

Marguritte LaPean was subjected to adverse employment actions and was terminated because of her age.

Marguritte LaPean was subjected to adverse employment actions and was terminated in retaliation for reporting the hostile work environment, harassment and discrimination because of her age.

RECEIVED EEOC ST LOUIS DISTRICT 2016 JUN -7 PM 4:18

EEOC Form 161 (11/09)      U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Marguritee LaPean
215 South High Street
Belleville, IL 62220

From: St. Louis District Office
1222 Spruce Street
Room 8.100
Saint Louis, MO 63103

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 560-2016-01568 | Jeffrey S. Jones, Investigator | (314) 539-7935 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- **NOTICE OF SUIT RIGHTS -**
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

James R. Neely, Jr.
Director

AUG 10 2017
(Date Mailed)

Enclosures(s)

cc: Kenya Washington
Administrator
BELLEVILLE HEALTHCARE & REHAB
150 N 27th St.
Belleville, IL 62226

Michael Brunton, Esq.
BRUNTON LAW OFFICES P.C.
819 Vandalia (HWY 159)
Collinsville, IL 62234


PLAINTIFF'S EXHIBIT B

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| MARGURITTE LAPEAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No.: 17 L 660 ) |
| BELLEVILLE HEALTHCARE & REHABILITATION CENTER, INC. d/b/a BRIA HEALTH SERVICES OF BELLEVILLE, | ) ) ) ) ) |
| Defendant. | ) ) |

FILED
ST. CLAIR COUNTY
NOV 0 8 2017
CIRCUIT CLERK

## AFFIDAVIT PURSUANT TO ILLINOIS SUPREME COURT RULE 222

Michael J. Brunton, after being duly sworn upon his oath, and under penalties of perjury, states, pursuant to Illinois Supreme Court Rule 222, that the total of money damages sought in the Complaint, filed by Plaintiff in the above-captioned case, does exceed $50,000.

BRUNTON LAW OFFICES, P.C.

_/s/ Michael J. Brunton_
Michael J. Brunton, #06206663
Mary M. Stewart, #6200773
819 Vandalia (HWY 159)
Collinsville, Illinois 62234
618-343-0750 / 618-343-0227 Facsimile
ATTORNEY FOR PLAINTIFF

SUBSCRIBED AND SWORN TO before me this 8th day of November, 2017.

_Melissa Caliendo_
NOTARY PUBLIC

OFFICIAL SEAL
MELISSA N CALIENDO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/10/19

Page 1 of 1

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| MARGURITTE LAPEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: 17L660 |
| vs. ) | |
| ) | FILED |
| BELLEVILLE HEALTHCARE & ) | ST. CLAIR COUNTY |
| REHABILITATION CENTER, INC. ) | |
| d/b/a BRIA HEALTH SERVICES OF ) | NOV 08 2017 |
| BELLEVILLE, ) | |
| ) | CIRCUIT CLERK |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

NOW COMES Michael J. Brunton, Attorney at Law, and hereby enters his appearance on behalf of Plaintiff, Marguritte LaPean, for the above-captioned case.

Respectfully submitted,

BRUNTON LAW OFFICES, P.C.

_/s/ Michael J. Brunton_
Michael J. Brunton, #6206663
Mary M. Stewart, #6200773
819 Vandalia (HWY 159)
Collinsville, Illinois 62234
618-343-0750/618-343-0227 Fax
ATTORNEY FOR PLAINTIFF

## ST CLAIR COUNTY
## TWENTIETH CIRCUIT COURT, KAHALAH A. CLAY

RECEIPT #: C  000456186  
RECEIVED OF: BRUNTON LAW OFFICE PC  
PART. ID: 962023  
BY CLERK: DH  
CHECKS: A   2182

DATE: 11-08-2017

TIME: 15:58:47  
MEMO:

$277.00

| CASH | CREDIT | CHANGE | OTHER |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 |

| CASE NUMBER | EVENT | COURT/JUDGE | TAX NO. | AMOUNT |
|---|---|---|---|---|
| 17-L-0660 | 2023 | PMT:CFIL COMPLAINT FILING FEE | | $277.00 |
| LAPEAN VS BELLEVILLE HEALTHCAR | | | | |
| PARTY: BRUNTON MICHAEL J | | | | |

TOTAL RECEIPT...   $277.00

\*   CHECK/CHEQUE IS CONDITIONAL PAYMENT  
\* PENDING RECEIPT OF FUNDS FROM BANK. \*



| | Representing Management Exclusive | Workplace Law and Related Litigation | | |
|---|---|---|---|---|
| Jackson Lewis P.C. | ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| 7733 Forsyth Boulevard | ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| Suite 600 | ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| St. Louis, Missouri 63105 | AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| Tel 314 827-3939 | BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| Fax 314 827-3940 | BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| www.jacksonlewis.com | BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| | CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| | CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| | DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| | DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| | DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| | DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| | GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

Direct Dial: 314-827-3975
Email: katrina.morgan@jacksonlewis.com

November 29, 2017

Clerk of the Circuit Court
St. Clair County Courthouse
10 Public Square
Belleville, IL 62220

Re:   Marguritte LaPean v. Belleville Healthcare & Rehabilitation Center, Inc. d/b/a
      BRIA HealthServices of Belleville
      Case No. 17L-660

Dear Clerk:

Enclosed please find check payable to Clerk of the Circuit Court in the amount of $6.50 for a copy of the above court file, consisting of 13 pages as of this date. A self-addressed, postage prepaid envelope is also enclosed for your convenience.

Please contact me should you have any questions. Thank you for your assistance in this matter.

Sincerely,

JACKSON LEWIS P.C.

Katrina Y. Morgan

KYM/srf
Enclosures

FILED
ST. CLAIR COUNTY
DEC 0 1 2017
CIRCUIT CLERK

4845-7353-4807, v. 1

Completed
12-11-17

## ST CLAIR COUNTY
## TWENTIETH CIRCUIT COURT, KAHALAH A. CLAY

**RECEIPT #:** C  000458608  
**RECEIVED OF:** JACKSON LEWIS PC  
**PART. ID:** 1052358  
**BY CLERK:** BJ  
**CHECKS:** A   1896

**DATE:** 12-04-2017

**TIME:** 08:53:56  
**MEMO:** 17L660  
LAPEAN V BELLEVILLE HLT

$6.50

| CASH | CREDIT | CHANGE | OTHER |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 |

| CASE NUMBER | EVENT | COURT/JUDGE | TAX NO. | AMOUNT |
|---|---|---|---|---|
| | 2021  PMT:CCOPY COPIES | | | $6.50 |
| | | TOTAL RECEIPT... | | $6.50 |

\* CHECK/CHEQUE IS CONDITIONAL PAYMENT  
\* PENDING RECEIPT OF FUNDS FROM BANK. \*

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST CLAIR COUNTY, ILLINOIS

INITIAL MANDATORY STATUS CONFERENCE SETTING ASSIGNMENT

| LAPEAN VS BELLEVILLE HEALTHCAR | 17-L-0660 |
|---|---|

TO: A FILE COPY

FILED
ST. CLAIR COUNTY
DEC 1 5 2017
22
CIRCUIT CLERK

Date : 2/13/2018          Time : 9:00 AM          Room : 401

The above-styled case is assigned to: HON. CHRISTOPHER KOLKER.

Counsel familiar with the case and authorized to act is ordered to appear for an Initial Mandatory Status Conference on the above date, time and courtroom pursuant to Local Rule 6.06, and Supreme Court Rule 218.

At the aforesaid conference the following shall be considered:

1. Service upon all of the parties;
2. Whether the case will be jury or no-jury;
3. The nature, issues, and complexity of the case;
4. Simplification of the issues;
5. Amendments and challenges to the pleadings;
6. Admissions of fact and documents;
7. Limitations of discovery, including but not limited to written discovery, depositions, and opinion witnesses;
8. Third parties;
9. Scheduling of settlement conferences;
10. Necessity of subsequent case management conferences;
11. Trial settings.

Office of Chief Judge

L63

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number __17-L-660__

Amount Claimed _____

| | |
|---|---|
| MARGURITTE LAPEAN, | BELLEVILLE HEALTHCARE & REHABILITATION CENTER, INC. d/b/a BRIA HEALTHSERVICES OF BELLEVILLE |
| VS | |
| Plaintiff(s) | Defendant(s) |

Classification Prefix __L__    Code __01__    Nature of Action __Tort__    Code __02__

Pltf. Atty. __Michael Brunton__    Code _____
Address __819 Vandalia__
City __Collinsville__    Phone __343-0750__
Add. Pltf. Atty. _____    Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME __Registered Agent: Gary Weintraub__
      __Belleville Healthcare & Rehabilitation Center__
ADDRESS __465 Central Ave, Ste. 100__
CITY & STATE __Northfield, IL 60093__

## SUMMONS COPY

To the above named defendant(s). . . . . . :

[ ] A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20__ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

[✓] B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, __11-27-__ 20 __17__

KAHALAH A. CLAY
CIRCUIT CLERK
Clerk of Court    Parker

SEAL

BY DEPUTY: _____

DATE OF SERVICE: _____ 20____
(To be inserted by officer on copy left with defendant or other person)

# BRUNTON LAW OFFICES



Michael J. Brunton
mbrunton@bruntonlawoffice.com

Mary M. Stewart
mstewart@bruntonlawoffice.com

Attorneys licensed in IL and MO

819 Vandalia (Hwy 159)
Collinsville, Illinois 62234

Phone: 618-343-0750
Fax:    618-343-0227

www.bruntonlawoffice.com

November 16, 2017


FILED
ST. CLAIR COUNTY
NOV 2 0 2017
CIRCUIT CLERK
65

Clerk of the Circuit Court
St. Clair County Courthouse
#10 Public Square
Belleville, IL  62222

      RE:    **Marguritte LaPean v. Belleville Healthcare & Rehabilitation Center, Inc. d/b/a Bria Healthservices of Belleville**
      No.:   17-L-660

Dear Clerk:

Enclosed is the original and two copies of a Summons for the Defendant Belleville Healthcare & Rehabilitation Center, Inc. d/b/a Bria Healthservices of Belleville. Please execute same and return them to my office in the enclosed self-addressed, stamped envelope.

If you have any questions, please call. Thank you for your assistance.

Sincerely,

*Melissa Caliendo*

Melissa Caliendo
Paralegal to Michael Brunton

/mnc
Enclosures