## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Marguritte Lapean,<br>**Plaintiff(s)**<br><br>vs<br><br>Belleville Healthcare & Rehabilitation Center, Inc. d/b/a Bria Healthservices of Belleville<br>**Defendant(s)** | )<br>)<br>)<br>)<br>)  CIVIL NO. 3:18-cv-00105-NJR-RJD<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, Marguritte Lapean, by and through her attorneys, Michael Brunton, and Brunton Law Offices, P.C., and hereby informs the Court that this case has settled.

Respectfully Submitted;

BRUNTON LAW OFFICES, P.C.

/s/ Michael J. Brunton

Michael J. Brunton, #6206663
Mary M. Stewart, #6200773
819 Vandalia (Hwy 159)
Collinsville, IL 62234
(618) 343-0750 Phone
(618) 343-0227 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2018, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system.

/s/ Michael J. Brunton