IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARGURITTE LAPEAN, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 18-CV-105-NJR-RJD |
| BELLEVILLE HEALTHCARE & REHABILITATION CENTER, INC., | ) |
| Defendant. | ) |

## AMENDED JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Orders in this case reflecting the parties' settlement (Doc. 26, Dc. 29), this entire action is dismissed with prejudice, each party to bear their own fees and costs, unless otherwise provided in the settlement documents.

    DATED:  December 7, 2018

                                            MARGARET M. ROBERTIE,
                                            Clerk of Court

                                            By: **s/ Deana Brinkley**
                                                  Deputy Clerk

    APPROVED: **s/ Nancy J. Rosenstengel**
                       NANCY J. ROSENSTENGEL
                       United States District Judge